UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **TABITHA METCALF,** ) | NO. EDCV 08-00851-MAN |
| ) | |
| Plaintiff, ) | |
| ) | JUDGMENT |
| v. ) | |
| ) | |
| **MICHAEL J. ASTRUE,** ) | |
| Commissioner   Social Security, ) | |
| ) | |
| Defendant. ) | |

Pursuant to the Court's Memorandum Opinion and Order,

IT IS ADJUDGED that the decision of the Commissioner of the Social Security Administration is affirmed, Judgment shall be entered in favor of the Commissioner, and this action shall be dismissed with prejudice.

DATED: March 31, 2010

_/s/ Margaret A. Nagle_
MARGARET A. NAGLE
UNITED STATES MAGISTRATE JUDGE